HEATHER E. WILLIAMS, #122664
Federal Defender
MEGHAN D. McLOUGHLIN, NY #5342100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710

Attorney for Defendant
ANTHONY RAYMOND GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY RAYMOND GOMEZ,<br><br>Defendant. | Case No.  2:05-cr-00444-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE:  January 23, 2024<br>TIME:   9:00 a.m.<br>JUDGE: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the admit/deny hearing currently scheduled for January 23, 2024 at 9:00 a.m. be continued to **February 13, 2024 at 9:00 a.m.**

By the parties' stipulation, and after discussing the matter with the assigned probation officer, the parties anticipate that a superseding petition will be filed in this case. As a result, Mr. Gomez will need to make an initial appearance in front of a magistrate judge, and defense counsel will require additional time to discuss the new allegations with Mr. Gomez and discuss a potential resolution. In light of this, the parties stipulate and agree that the admit/deny hearing currently scheduled for January 23, 2024 at 9:00 a.m. be continued to February 13, 2024 at 9:00 a.m.

//

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: January 16, 2024                 */s/ Meghan D. McLoughlin*
                                        MEGHAN D. McLOUGHLIN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        ANTHONY RAYMOND GOMEZ


                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED:  January 16, 2024                */s/ Jason Hitt*
                                        Jason Hitt
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

# O R D E R

**IT IS SO ORDERED** that the admit/deny hearing currently scheduled for January 23, 2024, at 9:00 a.m. is hereby continued to **February 13, 2024, at 9:00 a.m**.

Dated: January 17, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE