HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
ANTHONY GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY RAYMOND GOMEZ, <br><br> Defendant. | Case No. 2:05-cr-00444-JAM <br><br> **STIPULATION AND ORDER RE: EARLY TERMINATION OF SUPERVISED RELEASE** <br><br> District Judge Hon. John A. Mendez |

Plaintiff, United States of America, through Assistant United States Attorney Jason Hitt, and Defendant Anthony Gomez, through Assistant Federal Defender Rachelle Barbour, hereby stipulate and jointly request that the Court terminate Mr. Gomez's term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The Probation Office, through Probation Officer Steven Sheehan, referred Mr. Gomez to the Federal Defender's Office for preparation of this filing and supports it. Mr. Gomez received an 18-month term of supervised release from this Court after a violation of supervision in early 2024.

The Court may recall this case: Mr. Gomez violated supervision in March 2024 when he left the Delancey Street recovery program because of the challenging physical labor requirements. Mr. Gomez contacted the Probation Office and admitted himself into the River City Recovery Program the next business day. Because he left the Delancey Street program without the Probation Office's approval, Mr. Gomez was remanded into custody on a violation. Mr. Gomez took full responsibility for this failure to abide by his conditions and was sentenced

Stipulation and Order for Early Termination of Supervised Release        -1-        U.S. v Anthony Gomez

to 6 months' imprisonment and 18 months of supervised release. (Doc. 78).  Upon his release from custody, Mr. Gomez went back to the River City Recovery Program and has stayed there for over a year.

The parties have consulted with Mr. Gomez's Probation Officer, Steven Sheehan, about Mr. Gomez's turnaround.  Officer Sheehan has confirmed that Mr. Gomez has been completely compliant during this term of supervision.  Officer Sheehan has visited Mr. Gomez at the treatment facility, including last week, and has spoken with Mr. Gomez's site director.  Officer Sheehan has reviewed the letter attached as Exhibit A to this Stipulation and confirmed that it is correct.  Specifically, Officer Sheehan confirmed with the facility that unless Mr. Gomez is released from supervision, he will not be able to take a paid position at the facility.  The facility would like to hire him, and this position would offer substantial benefits, such as long-term housing, healthcare benefits, and a 401(k) retirement plan..  Officer Sheehan also notes that the facility also wants to enroll Mr. Gomez in the CCAPP (California substance abuse counselor credentialing program) starting November 11, 2025.

Officer Sheehan also noted that Mr. Gomez is due to release from supervision in approximately five more months, so that this would not be a significant change in his term of supervision.  During this term of supervision, Mr. Gomez has demonstrated sustained improvement and commitment to a lawful and sober life. He successfully completed a 90-day inpatient treatment program at River City, remained sober, and maintained stable work as a Volunteer Staff member. The Site Supervisor emphasized that Mr. Gomez "has been an asset to River City … takes direction well … and he has worked hard in his recovery here." (Exhibit A).

Mr. Gomez has been living at River City Recovery since October 1, 2024. River City Recovery is a highly structured residential treatment facility where Mr. Gomez has become a model participant and mentor to newer residents. After his 90-day treatment concluded, he applied for and was accepted into the Senior Resident Program. In this role, he continued his own recovery program while mentoring new residents. The Site Supervisor noted that Mr. Gomez "did so well in this position that on [July 9, 2025] we made him volunteer staff." (Exhibit

A).

Mr. Gomez has found his calling through this positive experience at River City and has begun taking tangible steps towards becoming a credentialed Substance Use Disorder (SUD) Counselor. With the support of River City, Mr. Gomez will begin the certificate program taught by the California Consortium of Addiction Programs and Professionals on November 11, 2025. This is a 1.5-year program that requires upwards of 3,000 intern hours and the passing of the state certification exam. Because Mr. Gomez has already accumulated intern hours as Volunteer Staff member, he hopes to complete the program in less than 1.5 years and is ecstatic about beginning a career in addiction counseling.

The parties agree that Mr. Gomez qualifies for early termination of his supervision under Title 18, section 3583(e)(1) of the United States Code, which authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." Mr. Gomez satisfies all factors to be considered for early termination. He has completed over the statutorily-required year of his supervision. He has done extremely well at River City Recovery and plans to continue living and working there as he pursues his credential in substance abuse counseling.

//

//

In light of Mr. Gomez's performance on supervision and the prospect of a job at his facility if he is no longer on supervision, the parties request that the Court order his supervision terminated and discharge him in this matter. A proposed order is provided below.

Dated: November 3, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ RACHELLE BARBOUR*
RACHELLE BARBOUR
Attorney for Defendant
ANTHONY GOMEZ

Dated: November 3, 2025

ERIC GRANT
United States Attorney

*/s/ JASON HITT*
JASON HIT
Assistant United States Attorney

## ORDER

For the reasons set forth in the parties' stipulation, and with the support of the Probation Office, the Court hereby orders that Mr. Gomez be **DISCHARGED** from Supervised Release and that the proceedings in the case be **TERMINATED**.

Dated: November 05, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE